PROB 12C
(7/93)

# United States District Court
## for the
## Southern District of West Virginia
### Petition for Warrant or Summons for Offender Under Supervision

| | | | |
|---|---|---|---|
| Name of Offender: | Independence Coal Company, Inc. | Case Number: | 2:02CR00185-001 |

Name of Sentencing Judicial Officer: Mary E. Stanley, U.S. Magistrate Judge

Date of Original Sentence: March 12, 2003

Original Offense: 33 U.S.C. § 1319(c)(1)(A), Clean Water Act Violation Exceeding Permit Limits

Original Sentence: Five year term of probation

| | | | |
|---|---|---|---|
| Type of Supervision: | Probation | Date Supervision Commenced: | March 12, 2003 |
| Asst. U.S. Attorney: | Miller A. Bushong III | Defense Attorney: | William J. Powell |

## PETITIONING THE COURT

**FILED OCT - 2 2003**
TERESA L. DEPPNER, CLERK
U.S. District & Bankruptcy Courts
Southern District of West Virginia

[ ] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Violation of standard unnumbered condition: The defendant organization shall not commit another Federal, state or local crime:** |

Investigative reports received from the United States Environmental Protection Agency and the West Virginia Department of Environmental Protection indicates slurry spills occurred at Independence Coal Company, Inc. sites on August 6 and on September 11 continuing into September 12, 2003.

U.S. Probation Officer Recommendation:

The term of supervision should be:

[ ] Revoked
[ ] Extended for year(s), for a total term of years.

[ ] The conditions of supervision should be modified as follows:

Respectfully submitted,

by _John B. Edgar_

John B. Edgar
Senior U. S. Probation Officer
Date: September 30, 2003

Prob 12C

Re: Independence Coal Company, Inc.
   Docket No. 2:02CR00185-001

-2-

Petition for Warrant or Summons
for Offender Under Supervision

## THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] Other   Site visit

**ENTERED**

- 2 2003

TERESA L. DEPPNER, CLERK
U.S. District & Bankruptcy Courts
Southern District of West Virginia

*Mary E. Stanley*
Signature of Judicial Officer

*October 2, 2003*
Date